COMMONWEALTH of Pennsylvania, Respondent

v.

Charles Edward BROOKS, Petitioner

No. 434 WAL 2015

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by Petitioner, are:

1.  Is it unconstitutional to require [Petitioner] to register for a lifetime

when said registration requirement exceeds the statutory maximum penalty for [Petitioner's] offense?

2. Is the Adam Walsh Statute unconstitutional in requiring the [Petitioner] to register for a lifetime?

The judgment of sentence is **VACATED**, and the matter is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Muniz*, —— Pa. ——, 164 A.3d 1189 (2017).